PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

**FILED**

OCT 2 0 2016

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
                        DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
## PECOS DIVISION

Darrell Roberts 1273928
Plaintiff's Name and ID Number

Lynaugh Unit Pecos. Co.,
Place of Confinement

CASE NO. P16 CV 81
(Clerk will assign the number)

v.
Glen Whitfield et al.
Lynaugh Unit 1098 S. Hwy 2037 Ft. Stockton, TX. 79735
Defendant's Name and Address

_____
Defendant's Name and Address

_____
Defendant's Name and Address
( DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

**NOTICE:**

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACKSIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

X3 Affidavits Supporting Cause
X1 Affidavit Perportionate Respon.
List of. Contents, Letter to the Court, X1 Conspiracy X1 Product Liability
Cert. of Serv., Injunction Request, Affidavit, Motion for $ 3626
Petition for Copies, Grievances #1 & #2, Unsworn Dec., IFP w/Trans

Rev. 05/15

**FILING FEE AND *IN FORMA PAUPERIS* (IFP)**

1.  In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of **$400.00**.

2.  If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at you prison unit.

3.  The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis,* the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or a initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from you inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis.)*

4.  If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

**CHANGE OF ADDRESS**

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE OF THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I.  PREVIOUS LAWSUITS:

   A.  Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓YES ___NO

   B.  If your answer to "A" is "yes", describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1.  Approximate date of filing lawsuit: 2-15-16 / 5-16-16

   2.  Parties to previous lawsuit:
       Plaintiff(s) Darrell Roberts # 1473926
       Defendant(s) Glen Whitfield et. al.;

   3.  Court: (If federal, name the district; if state, name the county.) West. TX.

   4.  Cause number: PE:16-CV-00009 / PE: 16-CV-00038

   5.  Name of judge to whom case was assigned: Goains / Fannin

   6.  Disposition: (Was the case dismissed, appealed, still pending?) Still Pending

   7.  Approximate date of disposition: 2-15-16 / 5-16-16
       (Open)

Rev. 05/15

II.    PLACE OF PRESENT CONFINEMENT: Lynaugh Unit    Pecos, Co.,

III.    EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure?    ✓ YES ___NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV.    PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Darrell Roberts # 1273928

Lynaugh Unit 1098 S. Hwy. 2037 Ft. Stockton, TX. 79735

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Glen Whitfield And All Subordinates et, al.,

Allows Sleep Deprivation Torturing : Inmates With Over head Cell Lights.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

Lynaugh Unit 1098 S. Hwy. 2037 Ft. Stockton, TX. 79735

Defendant #2: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #3: _____

_____

Briefly describe the acts(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #4: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Defendant #5: _____

_____

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.

_____

Rev. 05/15

V.    STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how <u>each</u> defendant is involved. <u>You need not give any legal arguments or cite any cases or statutes.</u> If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely.   IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

CONGRESS HAS DECLARED SLEEP DEPRIVATION IS A FORM OF TORTURE
MENS HEALTH MAGAZINE SAYS SLEEP DEPRIVATION SHORTENS LIFE SPAN
LEADING TO EARLY DEATH AT 1030 PM WHEN GUARDS COUNT THEY
TURN ON CELL LIGHTS AND ASK NAME AND IF YOU ARE SLEEP THEY WAKE
YOU UP. LIGHTS COME ON AGAIN AT 2300, 2400, 0100, 0300, 0630,
WE HERE AT THE PRISON NEVER SLEEP ENOUGH. ALL INMATES WILL
TESTIFY TO THE SAME. BEFORE THE PRISON USED THE INSTALLED NITE
LITES OR FLASH LIGHTS AND DONT WAKE PRISONERS.

VI.    RELIEF:

State briefly exactly what you want the court to do for you.    Make no legal arguments.  Cite no cases or statutes.

STOP TURNING ON CELL LIGHTS ALL NITE, AND STOP WAKING INMATES
AND PAY A $50.000 COMPENSATORY DAMAGES AWARD

VII.   GENERAL BACKGROUND INFORMATION:

A.  State, in complete form, all names you have ever used or been known by including any and all aliases.

Darrell Roberts

B.  List all TDCJ-CID identificaiton numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

TDCJ # 1273978         FBI # 285333JA4

VIII.   SANCTIONS:

A.  Have you been sanctioned by any court as a result of any lawsuit you have filed?  √ YES _____ NO

B.  If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1.  Court that imposed sanctions (if federal, give the district and division): W. TX.

2.  Case number: PE: 14-CV-00087-DF

3.  Approximate date sanctions were imposed: ???

4.  Have the sanctions been lifted or otherwise satisfied? _____ YES √ NO

C. Has any court ever warned or notified you that sanctions could be imposed? ✓ ___ YES ___ NO

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

1. Court that issued warning (if federal, give the district and division): _5TH. CiR._

2. Case number: _50-589_

3. Approximate date warning was issued: _9-17-14_

Executed on: _7 SEPT. 16_
            DATE

_Darrell Roberts #1273928_
_Darrell ___ Pro-Se_
            (Signature of Plaintiff)

## PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.

2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.

3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.

4. I understand I am prohibited from brining an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.

5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this _7_ day of _SEPT_, 20 _16_.
      (Day)          (month)         (year)

_Darrell Roberts #1273928_
_Darrell ___ Pro-Se_
            (Signature of Plaintiff)

**WARNING: Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.**

Rev. 05/15

4-11-16

## Texas Department of Criminal Justice

# STEP 1

**OFFENDER GRIEVANCE FORM**

**OFFICE USE ONLY**

Grievance # 2016123920

Date Received: APR 11 2016

Date Due: 5-21-16

Grievance Code: 814

Investigator ID #: I229

Extension Date: _____

Date Retd to Offender: MAY 19 2016

Offender Name: DARRELL ROBERTS    TDCJ # 1273928

Unit: LH/073    Housing Assignment: G118 B

Unit where incident occurred: JAMES LYNAUGH G-WING BLDG #3

---

You must try to resolve your problem with a staff member before you submit a formal complaint. The only exception is when appealing the results of a disciplinary hearing.

Who did you talk to (name, title)? BOTH WARDENS    When? MARCH 2016

What was their response? ONE WILL NOT RESPOND THE OTHER SAYS WAIT FOR RESPONSE

What action was taken? NO ADMITS TO BEING RESPONSIBLE FOR ANY OF THE WRONGS AND DENIES T

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

THIS IS ONE COMPLAINT WHICH CONSIST OF DIFFERENT STATUTES AND INVOLVES DIFFERENT PEOPLE BUT THE COMPLAINT TO ONE COMPLAINT OF CRUEL AND UNUSUAL PUNISHMENT IT HAS BEEN SUGGESTED FOR MR WHITFIELD MORE THAN ONCE THAT HE READ OR BRING TO THE ATTN: OF HIS ATTYS SOME VERY IMPORTANT 42 USCA § 1983 CASES OF CRUEL AND UNUSUAL PUNISHMENT BECAUSE OF DELIBERATE INDIFFERENCE WHICH ARE I WADE V MASS 745 F. SUPP AT 636 "FLASHING LIGHTS" DECLARED UNCONSTITUTIONAL BY S. CT.; FARMER V. BRENNAN 511 US AT 845 F EXPLAINING INMATES DO NOT HAVE TO WAIT FOR A TRAGIC EVENT TO REMEDY UNSAFE CONDITIONS. WILSON V SEITER EXPLAINING HOW AN OFFICER WHO INFLICTS SUCH WANTON PAIN MUST HAVE SOME TYPE OF CULPABLE STATE OF MIND AFTER HE HAS BEEN WARNED. MR. WHITFIELD AND THOSE WHO WORK IN CONCERT WITH HIM HAVE BEEN PUT ON NOTICE MORE THAN ONCE THAT THERE CONDUCT IS WRONG AND VIOLATES CLEARLY ESTABLISHED LAW. HOPE V PELZER 122 S.CT. 2508 AFTER PUTTING THEM ON NOTICE THEY HAD A "FAIR WARNING" IF THIS CONDUCT DID NOT STOP THEY WOULD BE AGREED IN COURT WHY THIS MISCONDUCT WAS CONTINUING. U. V. J. LANEIR 73 F. 3D. 1380 IT WAS THEN EXPLAINED TO WARDEN WHITFIELD AND HIS SUBORDINATE THAT THEIR INFLICTION OF PUNISHMENT WAS NOT METED OUT FROM CONSULTING COURT AND WAS CONSIDERED A DELIBERATE ACT INTENDED TO CHASTISE OR DETER. AND SOME MENTAL ELEMENT MUST ATTRIBUTED TO THOSE INFLICTING THE PAIN AND SUFFERING AT WHITFIELD'S INSTRUCTION SINCE HE IS DIRECTLY RESPONSIBLE FOR ALL ACTS COMMITED AT JAMES LYNAUGH UNIT. NOT ANSWERING EMERGENCY IN CELL CALL BUTTON FOR MEDICAL NEEDS AND ALLOWING PEOPLE TO DIE OR FLASHING OF IN CELL OVER HEAD LIGHTS IS A SERIOUS DEPRIVATION ALONG WITH NO HEAT. NO GRIEVANCE SYSTEM FUNCTIONAL TO REDRESS PROBLEM ARISING OUT OF GOVT FUNCTION. SEE: WILSON AT 898. DEFERANCE TO PRISON OFFICIALS DOES NOT GRANT CONSTITUTIONAL LICENSE TO TORTURE INMATES BUT LIMITED TO WHAT IS NECESSARY FOR INTERNAL PRISON SECURITY. ANSWERING CALL BUTTONS NOR FLASHING OF LIGHTS

I-127 Front (Revised 11-2010)    YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM    (OVER)

Appendix F

UALIFY AS MANAGING INTERNAL SECURITY. THERE HAS BEEN A CONTINUING SYSTEMIC STATE OF MIND IN NEGLECTING GROSSLY OUR CALLS FOR EMERGENCY HELP E.C.C.P. TX. CPER 11.001 BY THE TIME HELP ARRIVES SOMEONES BEEN BEAT RAPED KILLED OR DIED FROM AN AILMENT OR HAD A SEIZURE OR ASTHMA ATTACK. ON 4.9.16 OFFENDER ROBERTS HAD AN ASTHMA ATTACK HE PUSHED HIS IN CELL CALL BUTTON TO GO TO INFIRMARY AND USE THE BREATHING MACHINE FOR WHICH HE DOES HAVE A MEDICAL PASS, HOWEVER, ONCE AGAIN HE GOT NO RESPONSE FROM HIS CRY FOR HELP AND WAS LEFT TO DIE HE DID LIVE BUT IT TOOK HOURS BEFORE HIS BREATHING BECAME SOMEWHAT NORMAL AND HE WAS TOLD THE OFFICERS HAVE ABSOLUTELY NO MEDICAL TRAINING SO IT WOULDN'T HAVE MATTERS WHETHER THEY ANSWERED OR NOT

ion Requested to resolve your Complaint: TRAIN OFFICERS TO DEAL WITH MEDICAL EMERGENCIES AND ANSWER EMERGENCY CRY FOR HELP BY RESPONDING TO CALL BUTTONS, AND REPORT PROBLEM

ender Signature: _____ Dal Rost _____ Date: _4·11·16_

evance Response:

Your complaint has been investigated and reviewed. Staff contend Ingress/Egress procedures were conducted every thirty minutes and you never notified rovers of a medical situation. The Medical Department did verify a pass was issued for breathing treatments and restroom access beginning February 26, 2016 for twelve months expiring February 28, 2017. There was no evidence or witness to support your claim. No further action warranted.

nature Authority: _____ Glen H. Whitfield _____ Date: MAY 1 9 2016

u are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response.
the reason for appeal on the Step 2 Form.

urned because:      *Resubmit this form when the corrections are made.

. Grievable time period has expired.
. Submission in excess of 1 every 7 days. *
. Originals not submitted. *
. Inappropriate/Excessive attachments. *
. No documented attempt at informal resolution. *
. No requested relief is stated. *
. Malicious use of vulgar, indecent, or physically threatening language. *
. The issue presented is not grievable.
. Redundant, Refer to grievance #
0. Illegible/Incomprehensible. *
1. Inappropriate. *

[ Printed Name/Signature: _____

lication of the screening criteria for this grievance is not expected to adversely
ct the offender's health.

lical Signature Authority: _____

OFFICE USE ONLY

Initial Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
2nd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____
3rd Submission      UGI Initials: _____
Grievance #: _____
Screening Criteria Used: _____
Date Rec'd from Offender: _____
Date Returned to Offender: _____

7 Back (Revised 11-2010)

Appendix F



**Texas Department of Criminal Justice**

# STEP 2

**OFFENDER GRIEVANCE FORM**

Offender Name: Darrell Roberts   TDCJ # 1273928

Unit: LH 1023   Housing Assignment: Golf 118 B

Unit where incident occurred: JAMIESLYNAUGH PRISON

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Grievance #</td><td>2016123920<br>MAY 24 2016</td></tr>
<tr><td>UGI Recd Date:</td><td></td></tr>
<tr><td>HQ Recd Date:</td><td>MAY 31 2016</td></tr>
<tr><td>Date Due:</td><td>7-3</td></tr>
<tr><td>Grievance Code:</td><td>814</td></tr>
<tr><td>Investigator ID#:</td><td>2147</td></tr>
<tr><td>Extension Date:</td><td></td></tr>
</table>

*You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.*

**Give reason for appeal (Be Specific).**   *I am dissatisfied with the response at Step 1 because...*

As you can see The warden picked a Topic an answered he did not address the Cruel and Unusual punishment issue.



I-1²   Revised 11-2010)   YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM   (OVER)

**COPY**   Appendix G

2016123920

**Offender Signature:** _Oal Bot_          **Date:** _5-20-16_

**Grievance Response:**

**Submit one issue per grievance.** Your complaint has been noted and was appropriately addressed in Step One. No further action warranted.

P. Chapa, Assistant Regional Director

**Signature Authority:** _____          **Date:** _0610-2016_

**Returned because:**   *Resubmit this form when corrections are made.*

☐ **1. Grievable time period has expired.**

☐ **2. Illegible/Incomprehensible.***

☐ **3. Originals not submitted. ***

☐ **4. Inappropriate/Excessive attachments.***

☐ **5. Malicious use of vulgar, indecent, or physically threatening language.**

☐ **6. Inappropriate.***

**CGO Staff Signature:** _____

**OFFICE USE ONLY**

**Initial Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**2nd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**3rd Submission**          **CGO Initials:** _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ___ Screened ____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

I-128 Back (Revised 11-2010)

**COPY**          Appendix G

No. 4:16-cv-00081

THE STATE OF TEXAS

COUNTY OF PECOS

AFFIDAVIT
#01833346

**SUBMITTED BY OFFENDER**

MY NAME IS: Jeffrey T. Corbell

I LIVE AT: James L. Lynaugh Unit in Fort Stockton TX. (Pecos County)

ON this DAY OF September 1st 2016

I do believe we are being deprived of our sleep, and the maintenance department is just not doing their job here on the Unit, because having to continuously get up in throughout the night and turn the lights off again and again is truly cruel and unusual punishment period!!!

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.

I Jeffrey Corbell BEING PRESENTLY INCARCERATED IN Texas Department of J.

IN Pecos COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 1st DAY OF September, 2016

SIGNATURE Jeff Corbell

T.D.C.J.–I.D. NO. 1833346          S.S. NO. 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

**Texas Department of Criminal Justice**

COPIES OF THIS GRIEVANCE HAVE BEEN MADE

# STEP 1

## OFFENDER GRIEVANCE FORM

L118B

| OFFICE USE ONLY |
|---|
| Grievance #: 2016187050 |
| Date Received: JUL 29 2016 |
| Date Due: 9-7-16 |
| Grievance Code: 506 |
| Investigator ID #: I 2229 |
| Extension Date: |
| Date Retd to Offender: AUG 31 2016 |

Offender Name: Darrell Roberts    TDCJ # 1273528

Unit: LH/073    Housing Assignment: L-WING

...e incident occurred: James Lynaugh L-WING

...98 S Hwy 2037 Fort... ...tes TX 78735 Pecos Cnty...

...You m... ...the results of a disciplinary hearing.

Who did you talk to (name, title)? Warden Whitfield / Dir. Joe Grimes    When? All Throughout 2016

What was their response? Only Day Room Lights Are Turned On / Officers Look In Cells With Flashlights

What action was taken? Attempted Twice To Informally Resolve

State your grievance in the space provided. Please state who, what, when, where and the disciplinary case number if appropriate

Offender Would Attempt To Send Official Legal Affidavits To Support Claim But Is Not Allowed To When He Does, His Grievance Are Sent Back Inappropiate / Excessive Attachments There For Every Single Inmate In L-Wing Has Agreed To Go To Grievance Office, And Make A Statement Attesting To The Fact That All Cell Lights Are Turned On Throughtout The Whole Of L-Win For Count, And The 10:30 pm - Count Inmates Are Awaken To Give Name Or Show I.D. On 7-19 Shift Officer Lopez, On 7-20 pm. Shift Officer Alverado. On 7-21 pm. Officer Avila. On 7-24 pm. Officer Paredes On These Shifts With These Officers Which U Re Asked Why Are They Waking People Up And Have All The Lights On. Their Answer: They Were Instructed To, And If Inmates Dont Like It, They Will Make Inmates Go To Door, And Show I.D. Inmate Can Not Be Told He Didn't Submit Sufficient Eviden ce He's Offering Over 100 Witnesses, And Testify Shall Be Told By At Least One Officer Only Bldg #1 Bldg #2 And Bldg #5 Have Cameras Bldg #3 And #4 Do Not Because When Buttons Are Pushed To Complain About This The Are Not Answered Because They Do Not Work. Inmates At James Lynaugh Have Complained About This Unconstitutional Sleep Deprivation And Have Been Beat Up Or Moved To Other Units On Have Just Been Made So Afraid To Complain About This Misconduct They Sto There Is A Very Good Case Involving This Misconduct Lamaire V. Mass. 745 F. Supp. 623, 636 And See: Shepard V. Ault 982 F.Supp. 643, 647-48 In The Shepard Cas The Court Held: The Effectiveness Of Sleep Deprivation As A Tool Of "Torture" Has Long Been Recognized At 648. I Darrell Roberts 1273528 Have Quoted Many Times To Prison Officials - Williams Vs. Benjamin 77 F. 3d 756, 765 Which Says Deference To Prison Officer Does Not Grant Constitutional License To "Torture" Prisoners But Is Limited To What Is Ne essary For Internal Prison Security. Turning On All Cell Lights During Overnight Sle

JUL 25 2016

**I-127 Front** (Revised 11-2010)    **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**    (OVER)

Appendix F

THIS LIGHTING UNIT 2 & PROVEN IRREVOLUBLE ON INMATE D TURSUE AND RUSSIE
AIM BLSEO ONE OF THESE DAYS AN UNUSUAL PUNISHMENT INMATE WILL SUFFER & PROM A
ETH FROM AN EPILEPTIC SENURE WHICH COULD HAVE KILLED HIM AND COULD NOW DIE FROM
RUNG DO FOOD BECAUSE HES ONLY GIVEN 1½ MIN TO EAT AND IS ALWAYS SO TIRED CAUSE NE
EVER GETS ENOUGH SLEEP. JUL 25 2016

Action Requested to resolve your complaint. TO FLASH LIGHTS OR TO
ANSWER CALL BUTTONS CAN'T WAKE INMATES JUL 25 2016

Offender Signature: Dan Rob                 Date: 25 JULY 16

Grievance Response:

Your complaint has been noted. Staff contend lights are turned off after count procedures. Policy stipulates each correctional officer shall verify they are counting a living, breathing offender, not an object and shall turn on the day room lights or use flashlights to assist in conducting an accurate count at nighttime, if needed. Certain count procedures require a verbal response and positive identification of the offender using the offender's identification (D) card. No policy violations have occurred. No further action warranted.

Signature Authority: Glen H. Whitfield                Date: AUG 31 2016

If you are dissatisfied with the Step 1 response, you may submit a Step 2 (I-128) to the Unit Grievance Investigator within 15 days from the date of the Step 1 response. State the reason for appeal on the Step 2 Form.

Returned because:        *Resubmit this form when the corrections are made.

- [ ] 1. Grievable time period has expired.
- [✓] 2. Submission in excess of 1 every 7 days. *
- [ ] 3. Originals not submitted. *
- [ ] 4. Inappropriate/Excessive attachments. *
- [ ] 5. No documented attempt at informal resolution. *
- [ ] 6. No requested relief is stated. *
- [ ] 7. Malicious use of vulgar, indecent, or physically threatening language. *
- [ ] 8. The issue presented is not grievable.
- [ ] 9. Redundant, Refer to grievance #_____
- [ ] 10. Illegible/Incomprehensible. *
- [ ] 11. Inappropriate. *

UGI Printed Name/Signature: Stephent S Schest

Application of the screening criteria for this grievance is not expected to adversely Affect the offender's health.

Medical Signature Authority:_____

I-127 Back (Revised 11-2010)

<table>
<tr><td colspan="2"><b>OFFICE USE ONLY</b></td></tr>
<tr><td>Initial Submission</td><td>UGI Initials: Se/</td></tr>
<tr><td>Grievance #:</td><td>2016194332</td></tr>
<tr><td>Screening Criteria Used:</td><td>02  S99</td></tr>
<tr><td>Date Recd from Offender:</td><td>JUL 25 2016</td></tr>
<tr><td>Date Returned to Offender:</td><td>JUL 25 2016</td></tr>
<tr><td>2nd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td></td></tr>
<tr><td>Date Recd from Offender:</td><td></td></tr>
<tr><td>Date Returned to Offender:</td><td></td></tr>
<tr><td>3rd Submission</td><td>UGI Initials:_____</td></tr>
<tr><td>Grievance #:</td><td></td></tr>
<tr><td>Screening Criteria Used:</td><td></td></tr>
<tr><td>Date Recd from Offender:</td><td></td></tr>
<tr><td>Date Returned to Offender:</td><td></td></tr>
</table>

Appendix F

L-1188

NOTHING IN THIS GRIEVANCE IS MEANT AS A THREAT

# 2016184332   31 Aug. 16                                    SEP 20 2016

**Texas Department of Criminal Justice**

# STEP 2

No 1118 x 2 x 6688

**OFFENDER GRIEVANCE FORM**

Offender Name: Darrell Roberts          TDCJ #: 1273928

Unit: LH/073          Housing Assignment: 1273928

Unit where incident occurred: James Lynaugh

1098 S. Hwy 2037 Ft. Stockton, TX. 79735

| OFFICE USE ONLY |
| --- |
| Grievance #: 2016187050 |
| UGI Recd Date: SEP 02 2016 |
| HQ Recd Date: SEP 06 2016 |
| Date Due: 10.12 |
| Grievance Code: 506, 599 |
| Investigator ID#: 10742 |
| Extension Date: |

You must attach the completed Step 1 Grievance that has been signed by the Warden for your Step 2 appeal to be accepted. You may not appeal to Step 2 with a Step 1 that has been returned unprocessed.

**Give reason for appeal (Be Specific).**     I am dissatisfied with the response at Step 1 because...

The Step #1 May Have Been Investigated, But Not According To Policy. No Witnesses Were Called Down And None Of The Listed Officer Were Questioned Because A Few Don't Even Carry Flash Lights. That Was The Main Reason For Listing Them. The Cells Lights Are Turned On Almost Hourly And Something Stay On For At 15 min. And When Officer Are Question They Get Angry And Some Even Violently And Say They Are Just Doing Their Job And When Told Inmate Is In Receipt Or A Grievance Signed By Joe Grimes Region Director. They Say "So What" They Are Only Doing What They Are Told And Threaten Disciplinary Case All Of The Inmates At Lynaugh Unit Can Vouch For The Facts That In Blogs. #1 #2 #3 #4 Where We Have Quiet Cells The Lights Are Turned On Inside The Cell And Dayroom Lights Are On, On A Continuing Bases. The Step #1 Answer Is A Complete Lie So Is This Step # Going To Be A Complete Lie Because Its Going To Say Handled At Unit Level And The Court Should Try This And Other Issues To See We Are Being Tortured. Some People Don't Complain Directly Because They Are Scared. But They Are On My List Of Witnesse's For A Court Case Once Again Before Legal Action I Ask Please Stop This Madness.

I-128 Front (Revised 11-2010)          **YOUR SIGNATURE IS REQUIRED ON BACK OF THIS FORM**          (OVER)

Appendix G

Offender Signature: _____ *Dall Kof*         Date: 3( Auc 16

**Grievance Response:**

Signature Authority: _____         Date: _____

Returned because:     *Resubmit this form when corrections are made.*

☐ 1. Grievable time period has expired.

☐ 2. Illegible/Incomprehensible.*

☐ 3. Originals not submitted. *

☒ 4. Inappropriate/Excessive attachments.*

☐ 5. Malicious use of vulgar, indecent, or physically threatening language.

☐ 6. Inappropriate.*

CGO Staff Signature: _____

**OFFICE USE ONLY**

Initial Submission          CGO Initials: _____

Date UGI Recd: 9·2·16

Date CGO Recd: 9·6·16

(check one) _X_ Screened _____ Improperly Submitted

Comments: #4: official documents only

Date Returned to Offender: 9/12/16

2nd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

3rd Submission          CGO Initials: _____

Date UGI Recd: _____

Date CGO Recd: _____

(check one) ____ Screened _____ Improperly Submitted

Comments: _____

Date Returned to Offender: _____

**I-128 Back** (Revised 11-2010)                    **Appendix G**

79,241  MEDICAL CO-PAY OWED:    287.50    LOCATION: L-1    18    UNIT: LH

FEDERAL COURT FEE OWED: 2,085.00    NAME: ROBERTS, DARRELL

TEXAS COURT FEE/CHARGE OWED:    .00    DATE: 08/31/16    ACCOUNT NUMBER: 01273928

INDIGENT SUP. OWED:    234.45    OTHER HOLD AMOUNT    50.00    BEGINNING BALANCE:    8.84

| 08/16 | ITEM/DESCRIPTION | | WITHDRAWALS | DEPOSITS | BALANCE |
|---|---|---|---|---|---|
| 01 | AB 000000 000410 | POSTAGE | .00 | | 8.84 |
| 02 | AB 000000 000188 | POSTAGE | .00 | | 8.84 |
| 08 | AB 000000 000052 | POSTAGE | .00 | | 8.84 |
| 09 | AB 000000 000094 | POSTAGE | .00 | | 8.84 |
| 11 | AB 000000 000047 | POSTAGE | .00 | | 8.84 |
| 12 | AB 000000 000047 | POSTAGE | .00 | | 8.84 |
| 15 | AB 000000 000099 | POSTAGE | .00 | | 8.84 |
| 17 | AP 1608171101 | | | 4.39 | 13.23 |
| 17 | AB 000000 000439 | POSTAGE | .00 | | 13.23 |
| 17 | AB 000000 000486 | POSTAGE | .00 | | 13.23 |
| 22 | AB 000000 000112 | POSTAGE | .00 | | 13.23 |
| 24 | AB 000000 000141 | POSTAGE | .00 | | 13.23 |
| 25 | AB 000000 000047 | POSTAGE | .00 | | 13.23 |
| 29 | AB 000000 000052 | POSTAGE | .00 | | 13.23 |
| 30 | AB 000000 000235 | POSTAGE | .00 | | 13.23 |

HOLD AMOUNT LEAVES ME INDIGENT. THEY CAN NOT EVEN CHARGE POSTAGE. 432-395-2928 LT. S. RAMIREZ LAW LIBRARY SUPERVISOR. TDCJ IS REFUNDING INDIGENT SUPPLYS TO PAY THE COURT.

INMATE TRUST ACCOUNTS ARE DEMAND ACCOUNTS. YOU WILL NOT EARN ANY INTEREST. YOU MAY WANT TO DEPOSIT EXCESS FUNDS IN A SAVINGS INSTITUTION OF YOUR CHOICE.

**SUBJECT:** State briefly the problem on which you desire assistance. NOTHING IN THIS I-60 IS MEANT AS A THREAT

MAY I PLEASE HAVE TWO TRUST FUND ACCOUNT SLIPS THAT STATE MY INDIGENCY. THE UNIT PRINTOUTS DON'T SHOW ME TO BE INDIGENT AND I NEED THEM FOR THE COURT.

RECEIVED
SEP 16 2016
BY:

LH/073

Name: DARRELL ROBERTS    No: 1273928    Unit: LH/073

Living Quarters: L 118 B    Work Assignment: I/S MED - 3RD.

**DISPOSITION:** (Inmate will not write in this space)

Please see Attached.



☆ I-60 (Rev. 11-90)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| XX | Closed Account | DC | Deposit Correction | GH | Group Hold Withdrawal | MR | Medical Fee Refund | RFF | Remainder Filing Fee) |
| AB | Indigent Supplies | ED | ACH Deposit | GW | Group Withdrawal | OP | Outside Purchase | SD | State Dismissal |
| AC | Account Corrections | EX | Transfer to Escheat | HW | Hold Withdrawal | PH | Place Hold (Misc.) | SI | State Initial |
| AP | Indigent Supplies Adjustment | FA | Federal payment From Deposit – IPFF (Initial Partial Filing Fee) | MA | Medical Co-pay Adjustment | PP | Indigent Supplies Collection of Prior (Unpaid) Charges | TR | Transfer Between Accounts |
| CA | Cash/Intake Deposit | FB | Federal Payment From Deposit – RFF (Remainder Filing Fee) | MD | Medical Co-pay (Prior Visit) | | | WR | Web Sale Return (eComm) |
| CK | Government Check | | | MF | Medical Fee | RH | Release Hold | WS | Web Sale (eComm) |
| CM | Commissary Purchase (EFT) | FD | Federal Dismissal | MG | Medical Co-pay Grievance | SA | State Payment From Deposit – IPFF (Initial Partial Filing Fee) | WP | Web Purchase (eComm) |
| CO | Indigent Marker | FI | Federal Initial | MM | Medical Fee Modification | | | WU | Electronic Transfer Deposit |
| CS | Craft Sale | | | MO | Money Order | | | | |

TEXAS DEPARTMENT OF CRIMINAL JUSTICE — INSTITUTIONAL DIVISION

# INMATE REQUEST TO OFFICIAL

REASON FOR REQUEST: (Please check one)

**PLEASE ABIDE BY THE FOLLOWING CHANNELS OF COMMUNICATION. THIS WILL SAVE TIME, GET YOUR REQUEST TO THE PROPER PERSON, AND GET AN ANSWER TO YOU MORE QUICKLY.**

1. ☐ *Unit Assignment, Transfer (Chairman of Classification, Administration Building)*

2. ☐ *Restoration of Lost overtime (Unit Warden-if approved, it will be forwarded to the State Disciplinary Committee)*

3. ☐ *Request for Promotion in Class or to Trusty Class (Unit Warden- if approved, will be forwarded to the Director of Classification)*

4. ☐ *Clemency-Pardon, parole, early out-mandatory supervision (Board of Pardons and Paroles, 8610 Shoal Creek Blvd. Austin, Texas 78757)*

5. ☐ *Visiting List (Asst. Director of classification, Administration Building)*

6. ☐ *Parole requirements and related information (Unit Parole Counselor)*

7. ☐ *Inmate Prison Record (Request for copy of record, information on parole eligibility, discharge date, detainers-Unit Administration)*

8. ☐ *Personal Interview with a representative of an outside agency (Treatment Division, Administration Building)*

TO: **INMATE TRUST FUND**     DATE: 8 SEPT 16

*(Name and title of official)*

ADDRESS: HUNTSVILLE, TX.

(C) tdc01aod - PASSPORT                     Friday, September 16, 2016, 13:21:49 PM

CSIMF150      T E X A S   D E P A R T M E N T   O F   C O R R E C T I O N S
              I N M A T E   T R U S T   F U N D   I N Q U I R Y
                    DATE:  09/16/16    TIME:  13:21:43

    TDC NUMBER 01273928              NAME ROBERTS,DARRELL

    TF BEG BAL           13.23       RECEIVE/DEPARTURE CDE RQ

    TF END BAL           13.23       UNIT LH

    TF HOLD AMT          50.00       TF STATUS AB
    TF CHILD SUPPORT AMT  0.00

    TF POSTAGE OWED     243.79       INDIGENT DATE 11/07/14

    MEDICAL COPAY OWED  287.50       LAST TRANSACTION DATE 09/14/16

    PLRA OWED         2,085.00       OLD TDC NUMBER


         PLEASE ENTER YOUR NEXT REQUEST  _____
         OR                    SID NUM  _____

ion Between Regulation And Legitimate Gov't Interest put forward To Justify It. 2) Whether There Are Alternative Means Of Excercising Those Rights That Remain Open To Inmates. Court Should Be Particularly Conscious To The Measure Of Judicial Deference Owed To Correctional Official In Guaging The Validity Of The Regulation. 3)

If Accomadation Of Asserted Right Will Have A Significant Ripple On Fellow Inmates Or On Prison Staff. Courts Should Be Particularly Differencial To The Informed Discretion Of Corrections Officials. 4) The Absence Of Any Alternatives To Particular Prison Regulations Is Evidence It Is Reasonble And Not Exaggerated Response To Prison Concerns

Traditional Equitable Criteria For Granting Preliminary Injunction Are. 1) Strong Likelyhood Of Success On The Merits, 2) The Possibility Of Irreparable Injury To The Plaintiff If Injunctive Relief Is Not Granted, 3) A Balance Of Hardships Favoring The Plaintiff, and 4) Advancemen Of Public Interest.

## Conclusion

The Prisoners Allege That The Constant Lighting Interfered With Their Sleep To Such An Extent As To Constitute Cruel And Unusual Punishment In Violation Of The Eighth Amend. To The U.S Constitution. They Seek Compensatory Damages And Injunctive Relief From Unconstitutional Conditions Of Confinement Created By Continuous Lighting In Their Cells. See: Shepard V. Ault 982 F. Supp. 643.

Magistrate Judge Bennett Held That Genuine Issues Of Material Fact Existed, Precluding Summary Judgement, On Extent Of Alleged Harm (Whether Prison Staff Legitimately Needed To Be Able To See Into Cells At All Times And Thus Whether Constant Illumination Violated Inmates VIII Amend Rights. Also See: Lemaine 745 F. Supp. At 636.

## Prayer

For All The Reasons Stated In Foregoing Plaintiffs Pray The Court Grant Injunction To Stop Prison From Shining Lights Throughout Night Waking Them, And Taking Years Off Our Life.

4

# CERTIFICATE OF SERVICE

I Darrell Roberts #1273928 Pro Se Do Hereby Certify That A True And Correct Copy Of The Foregoing Has Been Sent To Respondents 22 Sept. 16 By U.S. Mail Postage Prepaid. Addressed To:

U.S.D.C. West. Tx. Pecos, Div.
Court Clerk: Lucius D. Bunton III
410 So. Cedar St.
Pecos, Tx. 79772

THE STATE OF TEXAS

COUNTY OF __PECOS__

AFFIDAVIT

MY NAME IS: __DARRELL ROBERTS__

I LIVE AT: __LYNAUGH UNIT 1098 S. HWY 2037 FT. STOCKTON, TX. 79735__

ON __3RD__ DAY OF __OCT.__ 20 __16__

PRO-SE MOTIONS

THE ALLEGATIONS OF THE COMPLAINT, ESPECIALLY A PRO-SE COMPLAINT MUST BE READ IN A LIBERAL FASHION. HAINES V. KERNER. 404 U.S. 519.

HANDWRITTEN PRO-SE CIVIL RIGHTS COMPLAINT OF PRISONERS WAS TO BE LIBERALLY CONSTRUED AND MUST BE HELD TO LESS STRINGENT STANDARD THAN FORMAL COMPLAINTS OR PLEADINGS BY LAWYER, AND COMPLAINT COULD BE DISMISSED FOR FAILURE TO STATE A CLAIM, ONLY IF IT APPEARED BEYOND A DOUBT THAT PLAINTIFF COULD PROVE NO SET OF FACTS IN SUPPORT OF CLAIM WHICH WOULD ENTITLE HIM TO RELIEF. ESTELLE V. GAMBLE 97 S. CT. 285.

A COMPLAINT UNDER 42 USCS § 1983 SHOULD NOT BE DISMISSED UNLESS IT APPEARS THAT THE PLAINTIFF CAN PROVE NO SET OF FACTS WHICH WOULD ENTITLE HIM TO RELIEF. THE ALLEGATIONS OF THE COMPLAINT, ESPECIALLY A PRO-SE COMPLAINT, MUST BE READ IN A LIBERAL FASHION AND MUST BE ACCEPTED AS TRUE IN TESTING THEIR SUFFICIENCY. SLAVIN VS CURRY 574 F. 2d. 1256.

PLAINTIFFS REQUEST JURY TRIAL.

ALSO: THE CONTENTIONS THAT A CONSPIRACY EXISTED WHICH DEPRIVED THE PETITIONERS OF RIGHTS GUARANTEED BY FEDERAL LAW MAKES EACH MEMBER OF THE CONSPIRACY POTENTIALLY LIABLE FOR THE EFFECTS OF THAT DEPRIVATION. LIABILITY ARISES FROM MEMBERSHIP IN THE CONSPIRACY AND TRADITIONAL NOTIONS THAT A CONSPIRACY IS VICARIOUSLY LIABLE FOR THE ACTS OF HIS CO-CONSPIRATORS. LIABILITY DOES NOT ARISE SOLELY BECAUSE OF THE INDIVIDUALS OWN CONDUCT.

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW. & FOREGOING

I __DARRELL ROBERTS__ BEING PRESENTLY INCARCERATED IN __LYNAUGH UNIT__ IN __PECOS__ COUNTY, TEXAS, DECLARE UNDER PENALTIES OF PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE __3RD__ DAY OF __OCT.__ , 20 __16__

SIGNATURE ___Darell Roberts___

T.D.C.J.-I.D. NO. __01273928__   S.S. NO. __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__

# UNSWORN DECLARATION

I, Darrell Roberts _____ TDCJ NUMBER 1273928 _____

BEING PRESENTLY INCARCERATED IN THE _____ LYNAUGH _____ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _____ Pecos _____ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _____ 3RD _____ DAY OF _____ Oct- _____ 20 16

Darrell Roberts 1273928

_____ MOVANT PRO SE

THE STATE OF TEXAS

COUNTY OF _____

AFFIDAVIT

MY NAME IS: _____

I LIVE AT: _____

ON ___3RD___ DAY OF __OCT.__ 20_16_

WHEN THE CELL DOOR ARE SHUT AND THE DOOR TO THE PICKETT TOWER, OFFICERS CANNOT HEAR Cry for for ANY reason to include turning off the Cell LIGHTS. PLANTIFFS ALLEGE AND TESTIFY THAT WHEN THEY ARE IN THESE QUIET CELLS, THEY CANNOT SUMMON GUARD FOR HELP THEY CONTEND THAT THE STEEL DOORS. BETWEEN THEM AND THE GUARDS MAKE IT DIFFICULT FOR GUARDS TO HEAR THEM. SO INMATES NEED FUNCTION AL AND ANSWERED CALL BUTTON IN THEIR CELLS. WE HAVE THESE BUTTONS AT LYNOUGH BUT THEY ARE ONLY ANSWERED FOR LTS. AND ABOVE TO INCLUDE WARDEN. SUPPORTING CAUSE CELL ILLUMINATION SEE. LEMORE V MARSS 745 F. SUPP. AT 636

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.    & FOREGOING

I _Darrell Roberts._ BEING PRESENTLY INCARCERATED IN _LYNOUGH UNIT_ IN _PECOS_ COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE _3RD_ DAY OF _OCT._, 20_16_

SIGNATURE _____Darr Rbts_____

T.D.C.J.—I.D. NO. _01273928_    S.S. NO. _342 56 6554_

# UNSWORN DECLARATION

I, _Darrell Roberts_____ TDCJ NUMBER _1273928_____

BEING PRESENTLY INCARCERATED IN THE _____LYNAUGH_____UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _____PECOS_____COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _____3RD_____ DAY OF _____Oct._____ 20 _16___

_____Darrell Roberts 1273928_____

_____Dall Robts_____MOVANT/PRO SE

THE STATE OF TEXAS

COUNTY OF __Pecos__

## AFFIDAVIT

MY NAME IS: __Darrell Roberts__

I LIVE AT: __Lynaugh Unit 1098 S. Hwy 2037 Ft. Stockton, TX. 79735__

ON __3rd__ DAY OF __Oct.__ 20 __16__

CONSPIRACY: In Law, An Agreement Between Two Or More Persons To Effect Some Unlawful Purpose. The Crime Is Complete (When) The Parties Have Agreed, And Does Not Require Further Action.

The Law Or Conspiracy Raises An Interesting Political Question, Since It Implies That It May Be A Crime To Conspire To Committ An Act That Is Not In Itself A Crime But Only A Tort (Civil Wrong) Against Its Victim, Or Even A Mere "Corruption Of Public Morals" According To The House Of Lords In Shaw V. DPP. 1962, Followed In Knuller V. DPP, 1973 Though The Courts Sometimes Disapproved, e.g. Parliament, 3 June 1964 Some Object To This On The (Mistaken) Ground That Conspiracy, Like Attempt, Is A Lesser Crime Than An Overt Act The UK And U.S. Laws Or Conspiracy Thus Permit Criminal Action Against Those (Who) Plan Criminal Mischief, Such As A Vociferous Protest On The Occupation Of An Embassy (R. Vs. Kamara 1974.) Should This Be Permitted? Or Does It License To Many Judicial Invasions Of The Civil Right To Do Wrong?

#1 Defendants Conspired #2 The Purpose Of The Conspiracy Was To Hinder And Obstruct Or Defeat Due Course Of Law Or Justice #3 With Purposeful Intent To Deny Citizen Equal Protection Of Law #4 The Acts Complained Of Were Done Under Color Of State Law Or Authority, And #5 That By Acts Done In Furtherance Of Conspiracy Plaintiffs Were Injured In Their Persons And Deprived Of Having And Excercising Right Or Privilege Of U.S. Citizen

See: Hoffman Vs. Halden 268 F. 2d. 280 Overruled By Cohen Vs. Norris 300 F. 2d. 24 And Galen Vs. City Of L.A. 468 F. 3d. 563. Gross Negligence TKCP & R. § 41.001

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW. & FOREGOING

I __Darrell Roberts__ BEING PRESENTLY INCARCERATED IN __Lynaugh Unit__ IN __Pecos__ COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE __3rd__ DAY OF __Oct.__, 20__16__

SIGNATURE __Darrell Roberts__

T.D.C.J.-I.D. NO. __01273928__    S.S. NO. __342 56 6554__

# UNSWORN DECLARATION

I, _Dandell Roberts_ TDCJ NUMBER _1273928_

BEING PRESENTLY INCARCERATED IN THE _Lynaugh U_ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _Pecos_ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _3RD_ DAY OF _OCT_ 20 _16_

_Dandell Roberts 1273908_

_Dall Rob_ _____ MOVANT PRO SE

THE STATE OF TEXAS

COUNTY OF _____ PECOS _____

AFFIDAVIT

MY NAME IS: DARRELL ROBERTS

I LIVE AT: LYNAUGH UNIT 1098 S. HWY 2037 FT STOCKTON, TX. 79735

ON _____ 3RD _____ DAY OF _____ Oct. _____ 2016

## PRODUCTS LIABILITY

Torrington Co. V. Stutzman '46 S.W. 3d 829 Affirmed In Part Reversed In Part TX. Law. Generally Imposes No Duty To Take Action To Prevent Harm To Others Absent Certain Special Relationships Or Circumstances.

Duty To Use Reasonable Care May Arise When A Person Undertakes To Provide Services To Another, Either Gratuitously Or For Compensation.

To Recover In Strict Liability For A Manufacturing Defect, The Plantiffs Must Show That The Product Was Defective When Defendant Sold It, And That Defect Was A Producing Cause Of The Plantiffs Injuries.

A Product Has A Manufacturing Defect If Its Construction Or Quality De viates From The Specifications Or Planned Output In A Way That Is Unreasonable Dan gerous. Liability For True Manufacturing Defects Which Are Deviations From Intend Designs Are Not Covered Under Gov't Contractor Defense

## DAMAGES

Contacts Such As Sight Or Injury (The Brain) Or Where The Tortious Behavior Occured Which Are Important In Determining Which State Law Governs Liability Are Less Important In Determining Which State Law Govern Compensatory Damages. Rather The Most Important Contacts In Determining Which State Laws Governs Compensatory Damages Will Usually Be The Ones With The Most Direct Interest In The Plantiffs Monetary Recovery And/Or The Most Direct In Protecting The Dependant Against Financial Hardship.

☆☆ This Unconstitutional Behavior Is Pure Gross Neglect TX. C. P. & R. § 41.0015 And With Care Again Concern For The Welfare Of Others Could Have And Could Be Avioded ☆

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.

I _Darrell Roberts_ BEING PRESENTLY INCARCERATED IN _Lynaugh Unit_

IN _Pecos_ COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND

CORRECT.

EXECUTED ON THIS THE _3RD_ DAY OF _Oct._ , 2016

SIGNATURE _Darrell Roberts_

T.D.C.J.-I.D. NO. 01273928        S.S. NO. 342 56 6554

# UNSWORN DECLARATION

I, _Darrell Roberts_ TDCJ NUMBER _1773928_

BEING PRESENTLY INCARCERATED IN THE _Lynaugh_ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _Pecos_ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _3rd_ DAY OF _Oct._ 20 _16_

_Darrell Roberts 1773928_

_____ MOVANT PRO SE

THE STATE OF TEXAS

COUNTY OF PECOS

AFFIDAVIT

MY NAME IS: DARRELL ROBERTS

I LIVE AT: LYNAUGH UNIT 1098 S. HWY. 2037 Ft. STOCKTON, TX. 7928

ON 3RD DAY OF OCT 20 16

GROSS NEGLIGENCE TX. CV. PRAC. & REMEDIES § 41.001 (5)

FDTC V. SCHREINER 892 F. SUPP. 869

UNDER TX. LAW "GROSS NEGLIGENCE" INVOLVES TWO COMPONENTS: DEFENDANTS ACTS OR OMMISSIONS, AND DEFENDANTS MENTAL STATE.

"EXTREME RISK" NECESSARY TO FIND GROSS NEGLIGENCE" UNDER TX LAW IS FUNCTION OF BOTH MAGNITUD AND PROBABILITY OF ANTICIPATED INJURY TO PLAINTIFF. PRONG OF TEST FOR "GROSS NEGLIGENCE" UNDER TX. LAW IS NOT SATIS FIED BY REMOTE POSSIBILITY OF INJURY OR EVEN HIGH PROBABILITY OF MINOR HARM BUT RATHER LIKELYHOOD OF SERIOUS INJURY TO PLAINTIFF.

UNDER TX. LAW, ACT OR OMMISSION THAT IS MERELY THOUGHTLESS, CARELESS, O NOT INORDINATELY RISKY CANNOT BE "GROSS NEGLIGENCE" UNDER TX. LAW ONLY IF DEFENDANTS ACT OR OMMISSION IS JUSTIFIABLE AND LIKELY TO CAUSE SERIOUS HARM CAN IT BE "GROSS NEGLIGENCE."

UNDER TX. LAW. TO ESTABLISH "GROSS NEGLIGENCE" PLAINTIFF MUST SHOW THAT DEFEND ANT KNEW ABOUT PERIL, BUT HIS ACTS OR OMMISSIONS DEMONSTRATED THAT HE DIDNT CARE. UNDER TX LAW TEST FOR "GROSS NEGLIGENCE" CONTAINS BOTH SUBJECTIVE AND OBJECTIVE COMPONENT. SUBJECTIVELY COMMEN DEFENDANT MUST HAVE ACTUAL AWAR NESS OF EXTREME RISK CREATED BY HIS OR HER CONDUCT, AND, OBJECTIVELY, DEFENDAN CONDUCT MUST INVOLVE EXTREME DEGREE OF RISK, THRESHOLD SIGNIFICANTLY HIGH ER THAN OBJECTIVE REASONABLE PERSON TEST FOR NEGLIGENCE.

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.

I DARRELL ROBERTS BEING PRESENTLY INCARCERATED IN 1273928

IN PECOS COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 3RD DAY OF OCT , 20 16

SIGNATURE _Darell Roberts_

T.D.C.J.-I.D. NO. 01273928        S.S. NO. 342 56 6554

# UNSWORN DECLARATION

I, Darrell Roberts         TDCJ NUMBER 1273928

BEING PRESENTLY INCARCERATED IN THE        LYNAUGH        UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN      Pecos      COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS   3RD.   DAY OF   Oct.         20 16

                        Darrell Roberts 1273928

                        Dell Rats        MOVANT PRO SE

THE STATE OF TEXAS

COUNTY OF **PECOS**

### AFFIDAVIT

MY NAME IS: **DARRELL ROBERTS**
I LIVE AT: **LYNAUGH UNIT 1098 S. HWY. 2037 FT. STOCKTON, TX. 79735**
ON **3RD** DAY OF **OCT** 2016

**PROPORTIONATE RESPONSIBILTY**

AlliedSignal Inc. V. Moran 231 S.W. 3d. 3016 TV. C.P. & R. §§ 33.002 § 33.003
Determination Of Percentage Of Responsibility: Product Design; Rise-Utility
Analysis For Determining Whether Product Was Unreasonably Dangerous Due To
Design Defect Involves Consideration Of Several Factors Including "(1) Utility
Of Product To User And To Public As A Whole Weighed Against Gravity And Likelihood Of
Injury From Its Use; "2) Availability Of Substitute Product Which Would Meet Same
Need And Not Be Unsafe Or Unreasonably Expensive; "3) Manufacturers Ability
To Eliminate Unsafe Character Of Product Without Seriously Impairing Its Useful
Ness Or Increasing Significantly Its Costs. "4) Users Anticipated
Awareness Of Dangers Inherent In Product And Their Avoidability Because Of
Gen. Public Knowledge Of Obvious Condition Of Product, Or Of Existence Of
Suitable Warning Or Instruction. And "5) Expectations Of Ordinary Con
sumer. Determination Of Whether Product Is Unreasonaly Dangerous Becau
Of A Design Defect Is Often One That Involves Factual Disputes That A Party Is
Entitled To Let A Jury Resolve. Issue Is One Of Law Only If Reasonable Minds Can
Not Differ On The Risk Utility Analysis Considerations

Producing Cause Is The Test For Causation In Strict Liability Cases. A "Producin
Cause" Which Test For Causation In Strict Liability Cases Is An Efficient, Exiting
Or Contributing Cause, Which In A Natural Sequence Produced The Injuries Or
Or Damages Of Which The Claimant Complains

Concepts Of Proximate And Producing Cause Differ In That Foresee Ability
Is An Element Of Proximate Cause But Not Of Producing Cause

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND
REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED
UNDER STATE AND FEDERAL LAW.

I **DARRELL ROBERTS** BEING PRESENTLY INCARCERATED IN **LYNAUGH UNIT**
IN **PECOS** COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND
CORRECT.

EXECUTED ON THIS THE **3RD** DAY OF **OCT**, 2016

SIGNATURE _Darll Roth_

T.D.C.J.—I.D. NO. **01277928**     S.S. NO. **342 56 6554**

2

THE STATE OF TEXAS

COUNTY OF PECOS _____

AFFIDAVIT

MY NAME IS: Darrell Roberts _____

I LIVE AT: Lynaugh Unit 1098 S. Hwy. 2037 Ft. Stockton, Tx. 79735

ON 3rd DAY OF Oct 20 16

Common To Both Proximate And Producing Cause Is Causation - In - Fact, Including The Requirement That The Defendents Conduct Of Product Be A Substantial Factor In Bringing About The Injury That Would Not Otherwise Have Occured.

There May Be More Than One Producing Cause Giving Rise To Strict Liability.

A Legal Cause Is Not Established In Strict Liability Case If The Defendants Conduct Or Product Does No More Furnish The Condition That Makes The Plaintiffs Injury Possible.

The Goal Of The Jury Instructions Is To Submit The Issues For Decisions Logically, Simply, Fairly, Correctly, And Completely And The Trial Court Has Broad Discretion In Accomplishing That End As Long As The Instruction Is Legal Correct

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.

I Darrell Roberts _____ BEING PRESENTLY INCARCERATED IN Lynaugh Unit

IN Pecos _____ COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND

CORRECT.

EXECUTED ON THIS THE 3rd DAY OF Oct. , 20 16

SIGNATURE _____

T.D.C.J.-I.D. NO. 01273928 _____ S.S. NO. 342566554

# UNSWORN DECLARATION

I, Darrell Roberts _____ TDCJ NUMBER 1273928 _____

BEING PRESENTLY INCARCERATED IN THE ___ Lynaugh ___ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN ___ Pecos ___ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS ___ 3RD ___ DAY OF ___ Oct. ___ 20 16 ___

Darrell Roberts 1273928

_____ MOVANT, PRO SE

—

THE STATE OF TEXAS

COUNTY OF PECOS

**AFFIDAVIT**

MY NAME IS: Darrell Roberts

I LIVE AT: Lynaugh Unit 1098 S. Hwy. 2037 Ft. Stockton TX. 79735

ON 3rd DAY OF Oct. 2016

### Supporting Cause I

Adequate Lighting Is One Of The Fundamental Attributes Of "Adequate Shelter" Required By The Eighth Amendment." Hoptowit Spellman 753 F. 2d. At 783 More Over "There Is No Legitamate Penological Justification For Requiring Inmates To Suffer Physical And Psychological Harm By Living In Constant Illumination. This Practice Is Unconstitunal. "Keenan V Hall 83 F.3d. At 1090

The Cells At Lynaugh Unit Are Equiped With Night Lights In The High Beam Florecent Lamps But The Prison Personal No Longer Use Them. King V. Frank 328 F.Supp. 2d 946-47

### Supporting Cause II

Plaintiff Alleges That His Cell Is Illumination 24 Hours A Day And, As A Result, It Is "Dificult Or Impossible" For Him To Sleep. In Indiction. Plaintiff Alleges That He Suffers From Headaches. Sore Eyes And Blurry Vision Because Of The Constant Illumination That His Eyes And Blurry Vision Because Of The Constant Illumination That Violates The Eighth Amendment Ie It Causes Sleep Deprivation Or Leads To Other Serious Physical Or Mental Problems. E.g. Keenan 83 F.3d. At 1089 Therefore. I Will Allow Plaintiff To Proceed On This Claim Against The Named Defendants.

At The Lynaugh Under The Present Management Team We Are Woken To Ask Our Names When Our Names Are On The Roster They Are Using. So They Already Know Our Names. And. If Its Just To Find Out Who Is In The Cell All You Have To Know Is Who Is Suppose To Be There.

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.      Ŕ FORE GOING

I Darrell Roberts BEING PRESENTLY INCARCERATED IN Lynaugh Unit IN Pecos COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE 3rd DAY OF Oct , 20 16

SIGNATURE wDaⱭⱭRoⱭ

T.D.C.J.–I.D. NO. 01273928      S.S. NO. 342 56 6554

THE STATE OF TEXAS

COUNTY OF _____ PECOS.

AFFIDAVIT

MY NAME IS: DARRELL ROBERTS

I LIVE AT: LYNAUGH UNIT 1090 S HWY 2037 F. STOCKTON, TX. 79735

ON __29__ DAY OF __OCT__ 20 16

SUPPORTING CASE III

Dist. G.J. BENNETT HELD THAT GENUINE ISSUES OF MATERIAL FACT EXISTED, PRECLUDING SUMMARY JUDGEMENT, ON EXTENT OF ALLEGED HARM, WHETHER PRISON STAFF LEGITIMATELY NEEDED TO BE ABLE TO SEE INTO CELLS AT ALL TIMES AND THUS WHETHER CONSTANT ILLUMINATION VIOLATED INMATES EIGHTH AMEND. RIGHTS.

THE PRISONERS ALLEGE THAT THE CONSTANT ILLUMINATION INTERED WITH THEIR SLEEP TO SUCH EXTENT AS TO CONSTITUTE CRUEL AND UNUSUAL PUNISHMENT IN VIOLATION OF THE EIGTH AMEND TO THE U.S. CONSTITUTION. THE SEEK COMPENSATORY DAMAGES FOR AND INJUNCTIVE RELIEF FOR THE UNCONSTITUTIONAL CONDITION OF CONFINEMENT CREATED BY THE CONTINUOUS LIGHTING OF THEIR CELLS.

GENUINE ISSUES OF MATERIAL FACT EXISTED, PRECLUDING SUMMARY JUDGEMENT OF § 1983 CLAIMS, ON EXTENT OF ALLEGED HARM TO INMATES FROM CONSTANT ILLUMINATION OF PRISON CELLS FOR EXTENDED PERIODS OF TIME; WHETHER PRISON STATE LEGITIMATELY NEEDED TO BE ABLE TO SEE INTO CELLS AT ALL TIMES AND THUS WHETHER CONSTANT ILLUMINATION VIOLATED INMATES' EIGHTH AMEND. RIGHTS.

SHEPHERD V AULT  988 F. SUPP. AT : 643.

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED UNDER STATE AND FEDERAL LAW.

I _DARRELL ROBERTS_ BEING PRESENTLY INCARCERATED IN _LYNAUGH UNIT_ IN _PEOS_ COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND CORRECT.

EXECUTED ON THIS THE __29__ DAY OF __OCT__, 2016

SIGNATURE _____

T.D.C.J.–I.D. NO. 01273928    S.S. NO. 342 56 6554

THE STATE OF TEXAS

COUNTY OF _PEOCOS_

AFFIDAVIT

MY NAME IS: _Dannell Roberts_

I LIVE AT: _Lynaugh Unit_

ON _3RD_ DAY OF _Oct._ 20_16_

SUPPORTING Case No. IV Lemaire V. Maass 745 F2nd At 636
THERE IS No Penological Justification For Requiring
Plaintiffs To Suffer Physical Harm Or Psychological Harm
By Living In Constant Illumination. This Practice Is Uncon
stitutional

PURSUANT TO TITLE 28 U.S.C. §1746 AND TITLE 6 OF THE TEXAS CIVIL PRACTICES AND
REMEDIES CODE, CHAPTER 132, THE FOLLOWING DECLARATION, BEING UNSWORN IS CODIFIED
UNDER STATE AND FEDERAL LAW.

I _Dannell Roberts_ BEING PRESENTLY INCARCERATED IN _Lynaugh Unit_

IN _Pecos_ COUNTY, TEXAS, DECLARE UNDER PERJURY THAT THE FOLLOWING IS TRUE AND

CORRECT.

EXECUTED ON THIS THE _3RD_ DAY OF _Oct._ , 20_16_

SIGNATURE _Dall Robt_

T.D.C.J.-I.D. NO. _01273908_    S.S. NO. _342 56 6554_

# UNSWORN DECLARATION

I, _Darrell Roberts_ TDCJ NUMBER _1273928_

BEING PRESENTLY INCARCERATED IN THE _LYNAUGH_ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _Pecos_ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _3RD_ DAY OF _Oct._ 20_16_

_Darrell Roberts 1273928_

_____ MOVANT PRO SE

# UNSWORN DECLARATION

I, _Darrell Roberts_ TDCJ NUMBER _1273928_

BEING PRESENTLY INCARCERATED IN THE _____LYNAUGH_____ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _____Pecos_____ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _____3rd._____ DAY OF _____Oct._____ 20_16_

_Darrell Roberts 1273928_

_Dell Rts_____ MOVANT PRO SE

# UNSWORN DECLARATION

I, _Darrell Roberts_ TDCJ NUMBER _1273928_

BEING PRESENTLY INCARCERATED IN THE _Lynaugh_ UNIT OF THE

TEXAS DEPARTMENT OF CRIMINAL JUSTICE, IN _Pecos_ COUNTY OF TEXAS

DECLARE UNDER PENALTY OF PERJURY THAT I AM THE APPLICANT IN THE ABOVE AND

FORGOING MOTION.  I HAVE READ SAID MOTION AND THE FACTUAL ALLEGATIONS OF THE

SAME ARE TRUE AND CORRECT

EXECUTED ON THIS _3RD_ DAY OF _Oct_ 20 _16_

_Darrell Roberts 1273928_

_____ MOVANT PRO SE

CERTIFICATE OF SERVICE

I Darrell Roberts 1273928 Pro Se Do Hereby Certify That A True And Correct Copy Of The Foregoing Has Been Sent To Respondents By U.S. Mail 3 Oct. 16 Postage Prepaid. Addressed To:

USDC W. TX. Court Clerk:
Lucius D. Bunton III Pecos, Div.
410 So. Cedar St.
Pecos, TX. 79772

RESPECTFULLY
Darrell Roberts 1273928

Darell Roberts Pro-Se